**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RON AVILA, | ) Case No.: 2:23-cv-05708-RAO |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 16, 2023

*Rozella A. Oliver*
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE